SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

The Law Office of Christina Djernaes
Christina Djernaes (SBN 177522)
1215 De La Vina Street, Suite K
Santa Barbara, California 93101
Tel: (805) 685-8289
christina@djernaeslaw.com

Attorneys for Plaintiffs

NANCY L. ABELL (SB# 088785)
CYNTHIA J. EMRY (SB# 161763)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON TURO and LEILANI HAMMOCK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendant. | CASE NO. C 06 2846 SBA (WDB)<br><br>**STIPULATION REGARDING AGREEMENT TO WITHDRAW PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FRCP 26(C)**<br><br>Date: April 11, 2007<br>Time: 1:30 p.m.<br>Judge: The Hon. Wayne D. Brazil<br>Complaint Filed: April 26, 2006 |

# **STIPULATION**

WHEREAS, on February 19, 2007, Plaintiffs Leon Turo and Leilani Hammock (collectively "Plaintiffs"), filed a Motion for Protective Order Pursuant to FRCP 26(c) ("Motion for Protective Order") regarding the Subpoena In A Civil Case served February 9, 2007 by Defendant Oracle Corporation ("Oracle") on Hewlett-Packard Company;

WHEREAS, Plaintiffs' counsel and Oracle's counsel met and conferred regarding the Motion for Protective Order, and made the following agreements: Oracle's counsel will send to Plaintiffs' counsel originals of any and all documents produced by Hewlett-Packard Company in response to Oracle's subpoena; Oracle's counsel will not to retain any copies of the documents produced by Hewlett-Packard Company in response to Oracle's subpoena; and Plaintiffs' counsel will retain the original documents until the Court dismisses this case; and

WHEREAS, Plaintiffs' counsel agreed to withdraw Plaintiffs' Motion for Protective Order and file the attached Notice of Withdrawal of Plaintiffs' Motion for Protective Order with the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among the parties, through their respective counsel of record, that Plaintiffs' counsel will execute and file with the Court on or before March 16, 2007, the Notice of Withdrawal of the Motion for Protective Order, attached hereto as Exhibit "A."

DATED: March 15, 2007  CYNTHIA J. EMRY
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/
CYNTHIA J. EMRY
Attorneys for Defendant
ORACLE CORPORATION

DATED: March 13, 2007  W.H. "HANK" WILLSON, IV
SCHNEIDER & WALLACE

By: /s/ *Hank Willson*
HANK WILLSON
Attorneys for Plaintiffs
LEON TURO AND LEILANI HAMMOCK

**ORDER**

IT IS SO ORDERED:

*/s/ Wayne D. Brazil*

DATED: March 16, 2007
The Honorable Wayne D. Brazil

C 06 2846 SBA
LEGAL_US_W # 55701418.2
-3-
STIPULATION REGARDING AGREEMENT
TO WITHDRAW PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER