Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(213) 683-6108
cynthiaemry@paulhastings.com

March 12, 2008

Clerk of the Court
The Honorable James Larson
U.S. District Court
Department F
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Leon Turo, et al. v. Oracle Corporation*
      Case No. C-06-2846 SBA



Dear Clerk of the Court:

This letter is written to notify the Court that the above-referenced matter has been settled. Accordingly, the parties request that the Settlement Conference before Magistrate Judge James Larson, currently scheduled for March 25, 2008 at 10:00 a.m., be taken off calendar.

Thank you for your consideration and cooperation with this matter.

Sincerely,

/s/

Cynthia J. Emry
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

CE:kcc

cc:   Hank Willson, Esq.