**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TURO, *et. al.*, | No. C 06-02846 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 34] |
| ORACLE CORP., | |
| Defendant. | |

Previously before the Court was the parties' Joint Motion for Order Provisionally Certifying Settlement Class and Preliminarily Approving Settlement and Proposed Notices to Class Members (the "Motion") [Docket No. 26], requesting the Court (1) preliminarily certify two sub-classes for purposes of settlement under Federal Rule of Civil Procedure 23(b); (2) preliminarily certify a proposed collection of plaintiffs for notice and settlement under the Fair Labor and Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* (the "FLSA"); and (3) preliminarily approve the parties' Joint Stipulation of Class Action Settlement Between Plaintiffs and Defendant; Settlement Agreement and Release (the "Settlement Agreement") [Docket No. 25].

After reading and considering these papers, the Court was inclined to approve the Motion, subject to the parties addressing certain concerns as subsequently identified in the Court's Order dated March 10, 2008 [Docket No. 30]. After issuing this Order, the Court took a March 11, 2008 hearing regarding the Motion, off calendar, so the parties could address its concerns.

On March 18, 2008, the parties filed a Joint Response to Court's Order of March 10, 2008 [Docket No. 34]. This document consists of a proposed Notice to Class of Proposed Settlement of Class Action (the "Notice"). *See* Docket No. 34, Ex. "A." The Notice references two other documents containing the "only complete statement of the terms of proposed settlement[,]" *id.* at 9:12-13, a Joint Stipulation of Class Action Settlement Between Plaintiffs and Defendant and a Settlement Agreement and Release, *id.* at 9:13-14. The parties did not file these other two

///

documents nor have they indicated a time frame for doing so.  The Court cannot rule on the parties' Motion without these two documents.  **Accordingly, the parties have seven days from the date of the entry of this order to file these two documents with the Court.**

IT IS SO ORDERED.

March 26, 2008

                                            *Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge