**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TURO, *et. al.*, | No. C 06-02846 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 36] |
| ORACLE CORP., | |
| Defendant. | |

Pursuant to the Court's order of March 26, 2008 [Docket No. 36] the parties were directed to file a Joint Stipulation of Class Action Settlement Between Plaintiffs and Defendant and a Settlement Agreement and Release (the "Stipulation") by April 2, 2008. *See* Docket No. 36. In this regard, the parties have indicated, as of April 1, 2008, they require one more week to obtain all the parties' signatures and file the Stipulation. The Court therefore extends the parties' deadline to file the Stipulation to April 9, 2008.

IT IS SO ORDERED.

April 1, 2008

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge