**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TURO, *et. al.*, | No. C 06-02846 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 13] |
| ORACLE CORP., | |
| Defendant. | |

Given the parties' settlement posture and that the Court has taken the parties' Stipulation and Settlement Agreement [Docket No. 40] under submission, the pre trial conference set for April 29, 2008, and the trial set for May 12, 2008, are VACATED, as are all other deadlines still pending in the Court's Case Management Scheduling Order [Docket No. 13].

IT IS SO ORDERED.

April 27, 2008

_____
Saundra Brown Armstrong
United States District Judge